1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIM LOBOU GAMBLE,

11              Petitioner,                    No. CIV S-07-2286 MCE KJM P

12         vs.

13   R.J. SUBIA, Warden, et al.,

14              Respondents.          ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a

18   conviction issued by the Stanislaus County Superior Court.  Stanislaus County is part of the

19   Fresno Division of the United States District Court for the Eastern District of California.  See

20   Local Rule 3-120(d).

21              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6            United States District Court
             Eastern District of California
7            2500 Tulare Street
             Fresno, CA 93721

8

9    DATED:  November 14, 2007.

10
                                        _____
                                        U.S. MAGISTRATE JUDGE
11

12   /mp
     gamb2286.109
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2