# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LOBOU GAMBLE, | 1: 07 CV 01645 LJO  WMW HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO REOPEN CASE |
| v. | [Doc. 12] |
| R. J. SUBIA, WARDEN, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.  On December 27, 2007, Petitioner filed a motion to reopen this case, based on Petitioner's exhaustion of his claims in state court.  Good cause appearing, Petitioner's motion is HEREBY GRANTED nun pro tunc to December 27, 2007.

IT IS SO ORDERED.

**Dated:    June 4, 2008**                    /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE