IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LOBOU GAMBLE, | 1:07-cv-01645-LJO-WMW (HC) |
|                 Petitioner, | ORDER GRANTING RESPONDENT'S FIRST EXTENSION OF TIME TO FILE A RESPONSE |
| v. | |
| R. J. SUBIA, WARDEN, | (Document #21) |
|                 Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus be filed on or before September 22, 2008.

IT IS SO ORDERED.

**Dated:   August 25, 2008**          /s/  **William M. Wunderlich**
                                                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order