IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LOBOU GAMBLE, | 1:07-cv-01645-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE TRAVERSE |
| R.J. SUBIA, et al., | (DOCUMENT #26) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 18, 2008, petitioner filed a motion to extend time to file traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file traverse.

IT IS SO ORDERED.

**Dated:   September 25, 2008**          /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE